USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESALDO SHALTO,<br><br>          Plaintiff,<br><br>  -v.-<br><br>ASTORIA PROVISIONS LLC & CORNER BUILDING CORP.,<br><br>          Defendants. | 22 Civ. 8737 (JHR)<br><br>ORDER TO SHOW CAUSE |

JENNIFER H. REARDEN, District Judge:

  On November 17, 2023, Plaintiff Lesaldo Shalto filed the First Amended Complaint in this action. ECF No. 41. On November 27, 2023, Plaintiff served Defendants Astoria Provisions LLC and Corner Building Corp. with process. ECF Nos. 43, 45, 46. Their answers were therefore due on December 18, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). To date, Defendants have not responded to the Complaint or otherwise appeared. Upon Plaintiff's application, ECF No. 49, the Clerk of Court issued a certificate of default for Defendants on January 24, 2024, ECF No. 51. On January 29, 2024, Plaintiff moved for a default judgment, ECF No. 53, and filed a declaration in support, ECF No. 54.

  Plaintiff's papers in support of its motion are in good order. If Defendants wish to oppose the motion, then their counsel shall, (1) by **September 11, 2024**, enter a notice of appearance, and (2) by **September 18, 2024 at 5:00 p.m**., file an opposition explaining why a default judgment is not warranted.

  Plaintiff has already filed proof of service of the papers in support of the motion for a default judgment. ECF No. 56. By no later than **September 6, 2024**, Plaintiff is to serve Defendants with this Order and file proof of this service on the docket.

SO ORDERED.

Dated: September 3, 2024
New York, New York

                                                                                            JENNIFER H. REARDEN
                                                                                            United States District Judge